UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RAGSDALE,<br><br>Plaintiff<br><br>v.<br><br>CESAR LOPEZ FLORES, et al.,<br><br>Defendants. | Case No. CV 14-8075-ODW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) Defendants' Motion To Dismiss Plaintiff's Complaint (Docket 14, "Motion") is GRANTED respect to Plaintiff's false report, contraband watch, and retaliation claims, and these claims are dismissed without leave to amend and with prejudice;

(2) The Motion is GRANTED with respect to Plaintiff's cover up claim, and this claim is dismissed without leave to amend and without prejudice;

(3) The Motion is DENIED with respect to Plaintiff's excessive force claim against Defendants Lopez-Flores and Redding, Defendants' request for dismissal based upon qualified immunity, and Defendants' request to strike Plaintiff's request for punitive damages;

(4) Defendants' Motion For Protective Order (Docket 25) is DENIED and the stay of discovery ordered on April 21, 2015 is VACATED; and

(5) Defendants Lopez- Flores and Redding shall file an Answer to the Complaint within 21 days of the Court's Order

**IT IS SO ORDERED.**

DATE: October 20, 2015 _____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE