UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RAGSDALE,<br><br>Plaintiff<br><br>v.<br><br>CESAR LOPEZ-FLORES, et al.,<br><br>Defendants. | Case No. CV 14-8075-ODW(GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Judgment filed by Plaintiff on March 1, 2016 [Dkt. 42, the "Motion"], Defendants' Opposition to the Motion, all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge filed on May 3, 2016 (Dkt. 56, the "Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that the Motion is DENIED.

DATE: June 6, 2016

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE