1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RAGSDALE,<br><br>Plaintiff<br><br>v.<br><br>LOPEZ-FLORES, et al.,<br><br>Defendants. | Case No. 2:14-cv-8075-ODW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) Defendants' Motion for Terminating Sanctions [Dkt. 59] is GRANTED, and this action shall be dismissed;

(2) Alternatively, this action is dismissed under Federal Rule of Civil Procedure 41(b);

///

1  (3) Judgment shall be entered dismissing this action without prejudice.

3  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

5  DATE:     October 14, 2016     _____
            OTIS D. WRIGHT II
            UNITED STATES DISTRICT JUDGE