UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RAGSDALE,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>LOPEZ-FLORES, et al.,<br><br>　　　　Defendants. | Case No. 2:14-cv-8075-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting The Findings And Recommendations Of United States Magistrate Judge,

**IT IS ADJUDGED THAT** this action is dismissed.

DATE: _October 14, 2016　　　_____
　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE